JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BENDANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE, ET AL.,<br><br>　　　　　Defendants. | Case No. 8:25-cv-01310-SSS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 5, 2026

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE